THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKBAR SALAAM, Appellant. [793 NYS2d 785]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered January 10, 2003. The judgment convicted defendant, upon his plea of guilty, of kidnapping in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS RIVERA, Appellant. [793 NYS2d 786]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered June 4, 2002. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.